IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMIEN T. ADDISON, | CIVIL DIVISION |
| Plaintiff, | Case No. 2:21-cv-0004-MRH |
| v. | |
| ST. MORITZ BUILDING SERVICES, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| /s/ Michael J. Bruzzese | /s/ Robert W. Cameron |
| 2315 Koppers Building | Littler Mendelson, P.C. |
| 436 Seventh Avenue | 625 Liberty Avenue, 26th Floor |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| Counsel for the plaintiff | Counsel for the defendant |

**ORDER**

AND NOW, this 22nd day of February, 2021, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

_____
Robert J. Colville
United States District Judge